AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Ebel, David M | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>5/16/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date    12/17/1987<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Byron White U.S. Courthouse<br><br>1823 Stout Street, Room 109L<br><br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director and Member of Executive Committee | Historical Society for the Tenth Circuit |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 17 11 07 AM '05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Littleton Public School District |
| 2. | 2004 | Colorado Public Employees' Retirement Association |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Southern California Law School | February 27-28; Los Angeles, CA, judged moot court competition; (Airfare, Lodging and Meals). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Janus Fund | | None | J | T | Buy | 1/2 | J | | |
| 2. " " " | | | | | Part Sale | 3/30 | J | A | |
| 3. " " " | | | | | Part Sale | 10/21 | J | A | |
| 4. Fidelity Magellan Fund | A | Dividend | J | T | Part Sale | 10/21 | J | A | |
| 5. Janus Worldwide Fund | | None | J | T | Part Sale | 10/21 | J | A | |
| 6. Janus Contrarian Fund (f/k/a Janus Special Equity Fu d) | | None | K | T | Buy | 1/2 | J | | |
| 7. " " " | | | | | Part Sale | 5/26 | K | B | |
| 8. " " " | | | | | Part Sale | 10/21 | J | A | |
| 9. Fidelity Ginnie Mae Fund | A | Dividend | J | T | Buy | mthly | J | | |
| 10. " " " | | | | | Part Sale | 2/3 | J | A | |
| 11. Janus Global Life Science Fund | | None | K | T | Buy | 3/30 | J | | |
| 12. Janus Global Technology Fund | | None | J | T | Part Sale | 3/30 | J | A | |
| 13. Janus Olympus Fund | | None | | | SOLD | 3/30 | J | A | |
| 14. Janus Money Market Fund | A | Interest | K | T | | | | | |
| 15. Fidelity Select Electronic Fund | | None | J | T | Part Sale | 3/30 | J | A | |
| 16. Fidelity Growth Co. Fund | A | Dividend | J | T | Part Sale | 3/30 | J | A | |
| 17. " " " | | | | | Part Sale | 7/27 | J | A | |
| 18. Invesco Energy Fund | | None | | | SOLD | 1/29 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001 $100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Invesco Technology Fund | | None | | | SOLD | 1/29 | J | A | |
| 20. US Bank, Denver, Colorado | A | Interest | K | T | | | | | |
| 21. Janus Orion Fund | | None | J | T | Buy | 1/2 | J | | |
| 22. " " " | | | | | Buy | 3/30 | J | | |
| 23. " " " | | | | | Part Sale | 5/26 | K | A | |
| 24. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 25. Fidelity Midcap Fund | A | Dividend | J | T | Buy | 2/3 | J | | |
| 26. " " " | | | | | Part Sale | 5/26 | K | A | |
| 27. Fidelity Independence Fund | | None | | | SOLD | 3/30 | J | A | |
| 28. Fidelity Select Energy Service Fund | | None | J | T | Buy | 10/22 | J | | |
| 29. AIM Real Estate Fund | | None | | | SOLD | 1/29 | J | A | |
| 30. Invesco Health Science Fund | | None | | | SOLD | 1/29 | J | A | |
| 31. AIM Money Market Fund | A | Interest | | | SOLD | 1/29 | J | A | |
| 32. EYEris Class A Common Stock | | None | J | T | | | | | |
| 33. EYEris Class B Common Stock | | None | J | T | | | | | |
| 34. Janus Global Opportunities Fund | A | Dividend | J | T | Buy | 3/30 | J | | |
| 35. Janus Growth & Income Fund | A | Dividend | J | T | Part Sale | 3/30 | J | A | |
| 36. " " " | | | | | Part Sale | 10/21 | J | A | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$6,000     D = $5,001-$15,000     E = $ 5,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Fidelity U. S. Gov't Res | A | Interest | J | T | Part Sale | 3/24 | J | A | |
| 38. " " " | | | | | Part Sale | 10/22 | K | A | |
| 39. Fidelity Emerging Market Fund | A | Dividend | J | T | Bu | 3/30 | J | | |
| 40. " " " | | | | . | Part Sale | 5/26 | K | B | |
| 41. Fidelity Value Fund | B | Dividend | K | T | Buy | 2/3 | J | | |
| 42. " " " | | | | | Buy | 3/30 | J | | |
| 43. " " " | | | | | Buy | 10/22 | J | | |
| 44. Fidelity Diversified Int'l Fund | A | Dividend | J | T | Buy | 10/22 | J | | |
| 45. Dodge & Cox Stock Fund | B | Dividend | K | T | Part Sale | 2/3 | K | A | |
| 46. " " " | | | | | Part Sale | 5/26 | K | A | |
| 47. Dodge & Cox Balanced Fund | B | Dividend | L | T | Part Sale | 1/2 | K | A | |
| 48. " " " | | | | | Part Sale | 4/13 | K | A | |
| 49. " " " | | | | | Buy | 5/26 | K | | |
| 50. " " " | | | | | Part Sale | 10/22 | K | A | |
| 51. Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 5/26 | K | | |
| 52. " " " | | | | | Part Sale | 10/22 | K | A | |
| 53. Royce Technology Value Fund | A | Dividend | J | T | Buy | 1/2 | K | | |
| 54. " " " | | | | | Part Sale | 5/26 | K | B | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$6,000,000   H2 = More than $6,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraised   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A–H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. " " " | | | | | Part Sale | 10/29 | J | A | |
| 56. Royce Opportunity Fund | A | Dividend | J | T | B | 1/2 | K | | |
| 57. " " " | | | | | Part Sale | 5/26 | K | B | |
| 58. " " " | | | | | Part Sale | 10/29 | K | A | |
| 59. Royce Low-Priced Stock Fund | A | Dividend | K | T | Part Sale | 1/2 | K | C | |
| 60. Royce Total Return Fund | B | Dividend | L | T | Buy | 5/26 | L | | |
| 61. " " " | | | | | Part Sale | 10/29 | K | C | |
| 62. Fidelity Select Leisure Fund | A | Dividend | J | T | | | | | |
| 63. Fidelity Select Technology Fund | A | Dividend | J | T | Part Sale | 3/20 | J | A | |
| 64. Janus Balanced Fund | A | Dividend | J | T | Part Sale | 1/2 | J | A | |
| 65. " " " | | | | | Buy | 10/21 | J | A | |
| 66. CancerVax Common Stock | | None | J | T | | | | | |
| 67. Janus Overseas Fund | A | Dividend | K | T | Buy | 3/30 | J | | |
| 68. " " " | | | | | Buy | 10/21 | J | | |
| 69. Janus Short-Term Bond Fund | A | Interest | J | T | Buy | 1/2 | J | | |
| 70. Janus Risk-Managed Stock Fund | A | Dividend | K | T | Buy | 10/21 | J | | |
| 71. Janus Mid-Cap Value Fund | B | Dividend | K | T | Buy | 10/21 | J | | |
| 72. Fidelity Int'l Small Cap Fund | A | Dividend | K | T | Buy | 3/20 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. " " " | | | | | Buy | 10/22 | J | | |
| 74. Fidelity Contrafund | A | Dividend | J | T | Buy | 10/22 | J | | |
| 75. Fidelity Select Wireless Fund | | None | K | T | Buy | 3/30 | J | | |
| 76. " " " | | | | | Buy | 10/22 | J | | |
| 77. Fidelity Select Natural Gas Fund | A | Dividend | J | T | Buy | 10/22 | J | | |
| 78. Fidelity Select Develop Communications Fund | | None | J | T | Buy | 3/30 | J | | |
| 79. " " " | | | | | Part Sale | 5/26 | J | A | |
| 80. Fidelity Select Biotechnology Fund | | None | J | T | Buy | 3/30 | J | | |
| 81. Dodge & Cox International Fund | B | Dividend | L | T | Buy | 1/2 | K | | |
| 82. " " " | | | | | Buy | 2/3 | K | | |
| 83. " " " | | | | | Buy | 4/13 | K | | |
| 84. " " " | | | | | Part Sale | 5/20 | K | B | |
| 85. " " " | | | | | Buy | 10/22 | K | | |
| 86. Pennsylvania Mutual Fund | A | Dividend | J | T | Buy | 10/29 | J | | |
| 87. Royce Premier Fund | A | Dividend | K | T | Buy | 10/29 | K | | |
| 88. Royce 100 Fund | A | Dividend | K | T | Buy | 10/29 | J | | |
| 89. Royce Value Plus Fund | A | Dividend | K | T | | | | | |
| 90. Northwestern Mutual Modified Whole Life Policies | D | Interest | M | T | | | | | |

| 1. Income/Gain Code: | A = $1,000 o: less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Mass Mutual Whole Life Policy | C | Interest | J | T | | | | | |
| 92. Thrivant Lutheran Brotherhood Whole Life Policy | A | Interest | J | T | | | | | |
| 93. World Savings & Loan, Denver, Colorado | A | Interest | K | T | Buy | 12/1 | L | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) Part VII, Lines 91 - 93. I have owned these life insurance policies throughout my entire tenure as a judge. However, they had nominal cash values (value code J) because of outstanding loans against cash value until May 28, 2003, when I paid off most of the loans. These policies, therefore, should also have been reported on my 2003 report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ebel, David M | 5/16/2005 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████

Date _May, 16, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544